# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 733 |
| | : | |
| APPOINTMENT TO | : | SUPREME COURT RULES |
| CONTINUING JUDICIAL | : | |
| EDUCATION BOARD OF | : | DOCKET |
| JUDGES | : | |
| | : | |

## ORDER

**PER CURIAM:**

 **AND NOW,** this 18th day of April, 2017, the Honorable John M. Cleland, McKean County, is hereby appointed as a member of the Continuing Judicial Education Board of Judges, as the replacement for the Honorable Kenneth G. Valasek, Armstrong County.